IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ATRIUM CORPORATION, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 10-10150 (BLS) <br><br> Jointly Administered <br><br> **Hearing Date: March 10, 2010 at 1:30 p.m. (ET)** <br> **Objection Deadline: March 3, 2010 at 4:00 p.m. (ET)** |

## NOTICE OF APPLICATION

**TO:** Debtors; counsel for Debtors; counsel to agent under Debtors' prepetition senior secured credit facility; counsel to *ad hoc* group of lenders under Debtors' prepetition senior secured credit facility; the Office of the United States Trustee; and any party who requested notice pursuant to Rule 2002

The Official Committee of Unsecured Creditors (the "Committee"), by and through the undersigned counsel, has filed the attached **Application of the Official Committee of Unsecured Creditors Pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Sections 328 and 1103 of the Bankruptcy Code Authorizing the Retention of FTI Consulting, Inc. as Financial Advisors Effective as of February 2, 2010** (the "Application").

Objections, if any, to the Application must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **March 3, 2010 at 4:00 p.m. (ET)**.

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on March 3, 2010.**

A HEARING ON THE APPLICATION WILL BE HELD ON **MARCH 10, 2010 AT 1:30 P.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM 1, WILMINGTON, DELAWARE 19801.

Dated: February 23, 2010
      Wilmington, Delaware

LANDIS RATH & COBB LLP

_____
Richard S. Cobb (No. 3157)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

{809.001-W0006140.}

- and -

**OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.**
Scott L. Hazan
David M. Posner
230 Park Avenue
New York, New York 10169-0075
Telephone:   (212) 661-9100
Facsimile:    (212) 682-6104

*Proposed Counsel for the Official Committee of Unsecured Creditors*