# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ATRIUM CORPORATION, *et al.*,[1] ) | |
| ) | Case No. 10-10150 (BLS) |
| ) | (Jointly Administered) |
| Debtors. ) | |

## AFFIDAVIT IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISORS NUNC PRO TUNC FEBRUARY 2, 2010

STATE OF NEW YORK     )
                     ) ss.
COUNTY OF NEW YORK   )

I, Michael Eisenband, being duly sworn, hereby deposes and says:

1. I am a Senior Managing Director with FTI Consulting, Inc. (together with its wholly owned subsidiaries, agents, independent contractors and employees, "FTI"), an international consulting and financial advisory services firm with numerous offices throughout the world. I submit this Affidavit on behalf of FTI (the "Affidavit") in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") to Atrium Corporation, *et al.*, the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), for an order authorizing the employment and retention of FTI as financial advisors under the terms and conditions set forth in the Application. Except as otherwise noted[2], I have personal knowledge of the matters set forth herein.

---

[1] The Debtors in these cases, and the last four digits of each Debtor's federal taxpayer identification number are as follows: Atrium Corporation (4598); ACIH, Inc (7822); Aluminum Screen Manufacturers, Inc. (6750); Atrium Companies, Inc. (2488); Atrium Door and Window Company – West Coast (2008); Atrium Door and Window Company of Arizona (2044); Atrium door and Window Company of the Northeast (5384); Atrium Door and Window Company of the Northwest (3049); Atrium Door and Window Company of the Rockies (2007); Atrium Enterprises, Inc. (6531); Atrium Extrusion Systems, Inc. (5765); Atrium Florida, Inc. (4562) Atrium Vinyl, Inc. (0120); Atrium Windows and Doors of Ontario, Inc. (0609); Champion Window, Inc. (1143); North Star Manufacturing (London) Ltd. (6148); R.G. Darby Company, Inc. (1046); Superior Engineered Products Corporation (4609); Thermal Industries, Inc. (3452); and Total Trim, Inc. (8042). The Corporate address of the Debtors is 3890 W. Northwest Highway, Suite 500, Dallas, TX.

[2] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and

## Disinterestedness and Eligibility

2. In connection with the preparation of this Affidavit, FTI conducted a review of its contacts with the Debtors, their affiliates and certain entities holding large claims against or interests in the Debtors that were made reasonably known to FTI. A listing of the parties reviewed is reflected on Exhibit A to this Affidavit. FTI's review, completed under my supervision, consisted of a query of the Exhibit A parties within an internal computer database containing names of individuals and entities that are present or recent former clients of FTI. A summary of such relationships that FTI identified during this process is set forth on Exhibit B to this Affidavit.

3. Further, as part of its diverse practice, FTI appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants and financial consultants, who may represent claimants and parties-in-interest in the Debtors' cases. Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys, law firms and financial institutions, some of whom may be involved in these proceedings. In addition, FTI has in the past, may currently and will likely in the future, be working with or against other professionals involved in these cases in matters unrelated to the Debtors and these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Committee in matters upon which FTI is to be employed, except as noted below, and none are in connection with these cases.

4. It is my understanding that Kirkland & Ellis LLP ("K&E") is engaged as counsel to the Debtors in connection with these proceedings. Mr. George P. Stamas, a partner at K&E, is currently a member of the Board of Directors of FTI. To the best of my knowledge, Mr. Stamas is in no way involved with the K&E team in these proceedings, nor does Mr. Stamas have any professional involvement in this matter in any capacity.

5. FTI is not believed to be a "Creditor" with respect to fees and expenses of any of the Debtors within the meaning of Section 101(10) of the Bankruptcy Code. Further, neither I nor

---

are based on information provided by them.

any other member of the FTI engagement team serving this Committee, to the best of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtors' stock.

6. As such, to the best of my knowledge, except as noted above, FTI does not represent any other entity having an interest adverse to the Committee in connection with these cases, and therefore believes it is eligible to represent the Committee under Section 1103(b) of the Bankruptcy Code.

7. It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, FTI will promptly file a Bankruptcy Rule 2014(a) Supplemental Affidavit.

### Professional Compensation

8. Subject to Court approval and in accordance with Bankruptcy Code section 328(a), the Bankruptcy Rules, applicable U.S. Trustee guidelines and local rules, FTI will seek payment for compensation on a fixed monthly basis of $200,000 per month for the first three months, $175,000 per month thereafter (the "Monthly Fees") and a completion fee of $950,000 (the "Completion Fee"), plus reimbursement of actual and necessary expenses incurred by FTI. Actual and necessary expenses would include any reasonable legal fees incurred for FTI's defense of its retention application and fee applications submitted in this matter, subject to Court approval. The Completion Fee will be considered earned and payable, subject to Bankruptcy Court approval, upon the earliest occurrence of the following: (a) confirmation of a chapter 11 plan of reorganization or liquidation, and (b) the sale of substantially all of the Debtors' assets.

9. To the best of my knowledge, a) no commitments have been made or received by FTI with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and b) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with these chapter 11 cases.

Dated this 22nd day of February 2010.

_____
Michael Eisenband

SUBSCRIBED AND SWORN TO BEFORE ME this 22nd day of February 2010.

_____
Notary Public

pires:

```
ARSON
E OF NEW YORK
10512
NS COUNTY
ES MAY 24, 2012
```

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

**Debtor Affiliates**
ACIH
AES
Aluminum Screen Manufacturers
Atrium Companies, Inc.
Atrium Corporation
Atrium Door & Window - West Coast
Atrium Door & Window of Arizona
Atrium Door & Window of the Northeast
Atrium Door & Window of the Northwest
Atrium Door & Window of the Rockies
Atrium Enterprises
Atrium Extrusion Systems
Atrium Florida, Inc.
Atrium Funding Corp.
Atrium Vinyl, Inc.
Atrium Windows & Doors of Ontario
Atrium Windows and Doors
Champion Window
Champion Window Acquisition Holdings Corp.
Champion Window Holdings, Inc.
Champion Window Interests LLC
Darby Doors
Dow-Tech Plastics
Extruders, Inc.
H.I.G. Vinyl, Inc.
Heat, Inc.
HR Windows
Kinco Windows and Doors
Kinco, Ltd.
MD Casting, Inc.
Miniature Die Casting
North Star Manufacturing (London)
North Star Windows and Doors
RG Darby Co.
Robico Shutters, Inc.
Superior Engineered Products Corp.
Superior Windows
Thermal Industries
Total Trim
West Coast Custom Finish

**Debtors' Attorneys**
Kirkland & Ellis LLP
Klehr, Harrison, Harvey, Branzburg & Ellers LLP

**Debtors' Financial Advisors**
Moelis & Company
Deloitte and Touche

**Officers & Directors**
Agostinelli, Darvin D. (Gus)
Banman, James
Birosak, Christopher
Bronchick, Donald
Brown, David T.
Buckhoff, Patrick J.
Burns, Robert E.
Byrd, Michael
Cahill, Patrick
Coffee, Patrick M.
Cornwell, Michael
Cozmyk, Roger
Deutsch, Mark
Dewan, Madhusudan A.
Dowd, Kevin I.
Easterly, Michael A.
Faherty, Gregory T.
Fahey, Michael
Fisher, Timothy O.
Foy, Ronald J.
Freed, Larry M.
Gallant, Mark E.
Girard, Lorne
Hazledine, Raymond B.
Hile, Randall L.
Hoffman, Gary
Ingram, Brian
Ingram, Steven
Kaffenes, Evan M.
Kenner, Jeffrey L.
Kiley, Christopher
Krane, Harold
LaManna, Thomas

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

Mason, Michael D.
McGlinn, James F.
Milum, William H., Jr.
Mitch, Gerald
Novak, Dan
Orr, William
Perkins, Jason S.
Ractliffe, Robert E.G.
Ragona, Philip J.
Rascoe, David S.
Rascoe, Todd E.
Rasuchuber, Donald
Rice, Bill
Robinson, Timothy
Rodriguez, Robert
Rooth, Scott D.
Rucker, Daniel
Salvaggio, Christopher
Santone, Roger
Schmid, Charles W.
Sisco, Jimmy
Sockwell, Stuart D.
Solari, Larry T.
Steinhafel, Arthur W.
Stinson, Dave
Suarez, Richard J.
Terry, Wayne C.
Thompson, Joe B.
Trickel, Lyn
Tyree, Robert R.
van Ravenswaay, Bill
Vaught, Amber Y.
Venerdi, Peter (Bo)
Venerdi, Peter E., Jr.
Walters, Bill
Whitlock, Robert
Zollars, Pat
Zuckerberg, Ralph

**Professionals**
1-2-1 Claim Inc.
Hildreth Properties
Injury Management Organization
McFarlan Rowlands Insurance Brokers Ltd.
Milliman Inc.
PartnerSource Inc.
Wells Fargo Insurance Services Inc.
Zurich Services Corp.

**Shareholders**
Agostinelli, Darvin D.
ATR Acquisition LLC
Cornwell, Michael H.
Darby, Cliff B.
KAT CP Co-investment LLC
KAT-CP Co-investment - Series B
Kenner & Co.
Kenner Equities IV LP
McGlinn, James F
ML Global Private Equity Fund LP
Oddo Family Trust
Oddo, Adele
Oddo, David Paul
Ragona, Phillip
Rentfrow, Jamey

**Beneficiary of Letter of Credit**
Capmark Finance Inc.
Delaware Frame (TX) LP
RA 710 Bridgeport Avenue LLC
Royal Bank of Canada
Rusal America Corp.
Travelers Indemnity Co., The
Windough (DE) LP
Zurich American Insurance Co.

**Municipalities**
Alabama, State of
Arizona Registrar of Contractors
Arizona, State of
Arkansas, State of
California Contractors State License Board
California Registrar of Contractors
California, State of
Connecticut Department of Revenue

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

Florence, City of (AL)
Florida Department of Business and Professional Regulation
Florida, State of
Georgia Department of Revenue, Taxpayer Services Division
Hattiesburg, City of (MS)
Hernando County (FL)
Hillsborough County (FL)
Lauderdale County (AL)
Louisiana Department of Revenue
Louisiana Department of Revenue
Louisiana Department of Revenue, Taxpayer Services Division
Maricopa County (AZ)
Nevada Department of Taxation
Nevada State Contractors Board
Nevada, State of
New York State, Department of State
Oklahoma Tax Payer Assistance Division
Washington Department of Labor

**Banks**
CIT Capital Securities Inc.
GE Business Financial Services Inc.
GE Capital Markets Inc.
Merrill Lynch Capital
ABN AMRO
Bank Independent
General Electric Capital Corp.
Merrill Lynch Bank (USA)
Svenska Handelsbanken
Wachovia Bank

**Landlords**
10244-56 Page Industrial Partners
715 Valley LLC
Aegean Drive LLC
Aluma Properties LP
B&E Properties
B. Jackson Inc.
Bank of Waukegan Trust #3901
Bernard White & Sons
Cabot II-NC1WO1 LLC
Chinook Properties
CJJS Holdings LLC

Cliff Darby LLC
Copper Mountain Trust Corp.
Corsair Property Management
Cranston Westerville Co.
DAVIE 51 LLC
Delaware Frame LP
Delta Court LLC
DP Industrial LLC
Evans, Gary F.
First Atlantic Corp.
First Cal Industrial 2 Acquisition LLC
Fishman, Herbert B.
Isabel Investments LP
Iskalo Real Estate Partnership I
Liberty Property LP
Mann Properties SBP LP
McMorgan Institutional Real Estate Fund I LLC
Mimms Investments LLC
Norstates Bank
OTR
Petersen, Esper A. Jr.
Prentiss Properties Acquisition Partners LP
ProLogis
QB LP
Quest Group Trust III
RA 710 Bridgeport Avenue LLC
Rada Terminals
RG Darby Family LP
SBP LP
Shonberg, Mark
Simon, Steve
Smoot, Richard E.
Somers M. Wilton Inc.
South Grove Associates
Speedway Commerce Center LLC
Stone Mountain Industrial Park Inc.
Trafford Commerce Center Inc.
Transit Storage Corp. LLC
Walker & Associates Inc.
Windough LP

**Lenders / Lienholders**
Barclays

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

Capital Research & Management Co.
CIT Lending Services Corp.
Continental Casualty Co.
DE Shaw Laminar Portfolios LLC
Dimaio Ahmad Capital LLC
Euroclear Bank
GE Asset Management
General Electric Capital Corp.
Goldman Sachs & Co.
Goldman Sachs Asset Management
Grandview Capital Management
HBK Management LLC
Highland Capital Management LP Fund Manager
IKB Capital Corp.
Jefferies Capital Management
Longship Partners LP
Lufkin Advisors LLC
Merrill Lynch Credit Products LLC
MJX Asset Management LLC
Natixis Banques Populaires
Nomura Corporate Research & Asset Management Inc.
Orix Capital Markets LLC
PPM America Inc.

Symphony Asset Management
UBS AG Loan Finance LLC
UBS AG Stamford Branch
Whitehorse Capital Partners LP

**Significant Customers**
3 Panes Pav
5 Points Sash & Door
A&W Contractors Inc.
ABC Supply Co. Inc.
ABS
Action Screens
Airtech Products Inc.
Alcal Arcade Contracting Inc.
Alenco
Alf Curtis Home Improvements Inc.
All American Home Center
All Pro Remodeling
All Valley Sunscreens

Alliance Residential
Alumaline
Aluminum Warehouse
America Building Products
American Design & Build Ltd.
American Opening Inc.
American Reliable Windows
Ameristar Screen & Glass
Apex
Argonaut Window & Door Inc.
Arizona Partsmaster
Arlington Construction
Ashton Tampa Residential LLC
At Wholesale Home Improvements
Atrium Patio Door
Aurora Home Hardware Building
Avalon Bay Communities
Avalonbay-Walnut Creek
Baltimore's Finest Windows
Bayview Windows
Beazer Homes
Benami Corp.
Bert Bowen Ltd.
BMC West
Braddock Screens
Branoff, Christopher
Brock Home Improvement Products
BRS Construction
Buildall Siding Warehouse Ltd.
Builders First Source
CA Garvey Windows & Glazing
California Energy Contractors
Capstone
Carter & Carter
Cascade Lumber Inc.
Centerline-Regency Plc
Centex
Century Communities
CFE Construction
Charles, Silas
Cherokee Blind & Door
Cherokee Custom Screens
Chesmar Homes Ltd.

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

CIL Procurement LLC
Cimarron Lumber & Supply
Coastline Remodeling
Collegiate
Columbia Commercial Building Products
Construction Concepts
Cornerbrook Development
County Wide Replacement Windows
Creative Openings Pav
Crownmark Building Materials
Custom Lite Corp.
Darling Homes
David Weekley Homes
De George Ceiling Inc. Window D
Definis & Sons Inc.
Design Windows & Doors Inc.
Discount Windows Inc.
Dogwood Place Apartments
Don Young Co.
Door & Window Plus
DR Horton
East County Glass & Windows
Eastern Aluminum/Bill Clark Ho
Eastern Metal Supply
Enap Inc.
Evergreen West Wholesale Lumber
Excel Window Corp.
Exterior Solutions
Far West Windows
Farmers Building Supply
Farstar Enterprises
Feldco
Fieldstone Comm
First Texas Homes
Front Range Window & Door Inc.
Frontline Windows
Galkos Construction
GL Homes of Florida
Global Windows Inc.
Grove & Associates Inc.
Guardian Building Products
Habitat For Humanity
Hardin Construction

Heritage Renovations Ltd.
Holiday Screens
Home Depot, The
Home Pro USA
Homecastle
Horizon Homes Highland Homes
Hunt Building Co. Ltd.
Hunt/Yates
Hunter's Walk
Huttig Building
IBSA
J&J Aluminum & Vinyl Products
James Co. Window & Doors
James Price Windows
JDR Const
Jeld Wen
Jerry's Home Improvement Center
JI Windows LLC
Journey Homes
Jumbo Renovations Ltd.
KB Homes
Kinro Inc.
Knudson Lumber
Krestmark Industries
Lansing Building Products
LBC Design & Const LLC
Lee Prop
Lennar Homes Inc.
Linton Siding & Window Inc.
LJ Hausner Const Co.
LMC- Lumbermens Merchandising Corp.
Loewen Window Centre
Long Lake Const
Louwes Ltd.
Lowes
Lumbermen's Building Center
Mainstreet Hm Inc.
Maleys Window Products Co.
Marbella Lakes Assoc LLC
Maritech Window
Maronda Homes Inc.
Martindale Window Inc.
McCoy's Lumber

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

Medallion Homes
Medallion Industries Inc.
Mercedes Homes
Meritage
Metropolitan Home Improvement
Minnesota Rusco Inc.
Mitchell Co.
Morgan Construction Co.
Morgan Group-James Island
Morrow Construction
Moyes Glass & Supply
Multi Doors & Window
Neal Communities of SW Fla Inc.
New York Wire Co.
Newmark Homes
Norandex
North Country Windows Doors Pav
Northern Comfort Windows
Oakwood Homes LLC.
Olympia Const
Orange County Improvements
Oxford Prop
P&C Replacement Window Co. Pav
Pacific Home Remodeling
Pacific Homeworks
Pacific Shores Distributing
Paramount Windows Corp.
Park Lane Const
Partners In Bldg LP
Perry Homes
Perry-McCall
Phillips Home Solutions
PHT Building Materials
PM Windows & Doors
Premier Homes
Premier Window
Premier Window & Door
Priest River Glass Inc.
Provias Const
PT Windows
Pulte Home Corp.
PW Glass & Mirror Inc.
Quaker Window Prod. Co.

Quality Screen Co. LLC
R&S Production Services Inc.
Realtex Const
Reliance Window
Remington Homes
Richmond American
Rinehart Homes
River City Glass
Rochford
Rottlund Homes of Florida Inc.
Ryland Homes
Saddleback Window Replacements
Scotts Door & Windows
Seacoast Replacement Windows
SF International Building Supply
Sir Home Improvements
Solar Industries Inc.
Solar Screens Plus
Solar Shade
Solar Systems
Solar-X of Texas
South Bay Window
Southern Homes
Standard Pacific Construction
Suburban Door Co.
Summit Group
Sunstar
Superior Windows & Doors
Supreme Engineered Products
Surrey New & Used Inc.
Tamar Building Products
Taylor Diversified Inc.
Taylor/Morrison Homes
TCR
TDK Construction
Tennessee Thermal LLC
Texas Solar Screens
Thermal Construction
Thermal House
Trendmaker Homes
UniCorp.
United Builders Inc.
US Energy 2

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

Van Hoof Siding Place
Ventanas JM SA de CV
View Tech Windows & Doors
Vinyl Window Broker
Visionaire Windows LLC
Vitrerie Orleans Glass MM Inc.
Walker Windows
Wall Ties & Forms Inc.
Washington Window & Door
West Brant Window World
West Shore Window & Door Pav
Western Pacific Building
Western Reflections LLC
Wheaton Door & Window Co.
Wholesale Window & Door Co.
Window Center, The
Window Guys, The
Windows of Greater Tucson
Woodview Inc.
Youngwoo Co.

**Unsecured Creditors**
Alabama Secretary of State
Alu Die
All County Reconstruction Inc.
AT&T Capital Services Inc.
Banc of America Leasing & Capital LLC
Bear Valley Park Condo Association
Beauvallon Corp.
Bell, Bruce D.
Bostik Inc
Box Board Products
Bright Truck Leasing Corp
Cardinal Glass
CIT Communications Finance Corp.
Colonial Metal Products Inc
Cornerstone Salerno Ranch LLC
Dac Products Inc
Danversbank
Davidov, Michail
De Lage Landen Financial Services Inc.
Del Webb Communities Inc.
Dell Financial Services LP

Fairway Finance Co. LLC
Fairway Finance Corp.
Fox Board Products Inc
GE Business Financial Services Inc.
GE Capital Commercial
General Electric Capital Corp.
Georgia Gulf Corporation
Glencore Ltd.
Harris NA
IKON Financial Services
Industrial Distribution Group
IOS Capital
Lauderdale County (AL)
Linde North America and Specialty Gases
Lord Securities Corp.
Marino, Denny
Mason, Richard
Merrill Lynch Business Financial Services Inc.
Merrill Lynch Capital
Mikron Industries
Molina, Faustino
NFS Leasing Inc.
Nicholas, Aaron
NMHG Financial Services Inc.
Ramirez, Carlos H.
Roman, Jesus
Ryder Transportation
Safeco Credit Co. Inc.
SAFELINE Leasing
Saint-Gobain Technical Fabrics
Salem Carriers, Inc.
Salem Leasing Corp
San Bernardino County (CA)
Scanlon, Michael
Senn, Keith A.
Silver Mesa at Palomino Park
Stonedge at Troon North Homeowners Association
Texas MPP
The Quality Group
Trails at Parkfield Lake con Kerrane
Truseal Technologies Inc.
Valspar Corporation
Vytron Corporation

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

Zurich US (Casualty)

**Official Creditor's Committee**
Tower-Square Capital Partners II, LP
Babson Capital/Mass Mutual
Corporate Property/WP Carey
Ryder Truck Rental
US Bank NA
Wells Fargo Insurance Services Inc.

**Official Creditor's Committee Counsel**
Otterbourg, Steindler, Houston & Rosner P.C.
Landis, Rath & Cobb, LLP

**Vendors**
4101 Matthew LLC
715 Valley LLC
A&A Triming LLC
ABC Aluminum
Aetna
Aleris Rolled Products
All Points Screw Bolt Specialty Co.
Allegheny Power
Allmetal Inc.
Allsteel Processing LC
Alternative Staffing Inc.
Aluma Properties LP
Alumet Manufacturing
Aluminite Manufacturing Co. Inc.
American Bolt & Screw Manufacturing
American Express
American Renolit Corp.
American Test Lab of South Florida
Amesbury Group BSI Omega
Amesbury Group Inc.
Anaheim Disposal
Anaheim, City of (CA)
AOS Services Inc.
Ashland Hardware System Canada
Astro Shapes
AT&T
AT&T Yellow Pages
ATN Holding Inc.

Aurora Plastics Inc.
Auth-Florence Manufacturing
B&M Windows & Doors
B. Jackson Inc.
Barrera Construction Inc.
Beire Inc.
Berlin Metals Inc.
Berry, Mike
Best Access Systems
Better Home Products
Big Sky LLC
BMC West
Board of Equalization
Bolton, David
BRT Extrusions Inc.
BSI Door Hardware
Buckland Custom Brokers Ltd.
Caldwell Manufacturing Co.
California Custom Shapes
Cardinal Coated Glass
Cardinal Fg
Cardinal IG
Carol Harris Staffing LLC
Catalina Tempering Texas
Century Hardware
Champion Energy Services
Chinook Industrial Park
CJJS Holdings LLC
Clifton Moulding
Closetmaid Corp.
Clover Wire Forming Co.
CLPF La Palma LP
Coated Steel Corp.
Colorado Department of Revenue
Coloreoat Inc.
Compass Bank
Complete Builder Services
Conrad Framing Co. Inc.
Cornerstone Staffing Solutions
Corsair Property Management
Craftsman Fabricated Glass
Creative Specialties International
Dan Neal Inc.

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

Dapa Products Inc.
Data Trucking Inc.
Davco Fastener Co.
DAVIE 51 LLC
Deco Products Co. LLLP
Denver, City & County of
Department of Labor & Industries (WA)
Distributor Service Inc.
Duval County Tax Collector (FL)
DV Fyre Tec Inc.
Eastgroup Properties
Edgetech IG Inc.
Fabrene Inc.
Felix Carpenter Service Inc.
Filmtech
First American Resources Co. LLC
Fleet Fueling
Florence Utilities
Florida Department of Revenue
FPL
General Aluminum
Gilded Mirrors Inc.
Gileca International Corp.
Glass Block Supply Co.
Glass Inc.
Goodin, Chad
Guardian Industries Corp.
Gwinnett Industries Inc.
Hagemeyer North America Inc.
Hartung/Agalite
HB Fuller Co.
HB Fuller Co.-Chicago
Hernandez, Marcie
Hoppes, Max Ray
Hydro One Networks Inc.
Hygrade Metal Moulding
Igor Raducan Hurricane Protection Inc.
Independent Corrugator Inc.
Isabel Investments LP
JAC Shutters Corp.
JAM Equipment Sales & Services LLC
Janpak
JEA

Jimenez, Jose Mario
Johnson, Russell, Jr.
Joseph T Ryerson & Son Inc.
Jupiter Aluminum Corp.
Kwikset Corp.
LA Trim Co. Inc.
Lamatek Inc.
Leading Edge Distribution
LGC Service of Glass Machinery Inc.
Lowry, Jess
Lugo, Annette
Lumbermen's Building Center
Magnolia Metal & Plastic Products
Masonite Corp.
McFarlan Rowlands Insurance Brokers
Merit Oil Co.
Mexican Manufacturers Inc.
Michel Construction Inc.
Mikron Industries
MMG Property LLC
Navigator Packaging & Supply
New York State Sales Tax
New York Wire Co.
Nichols Aluminum Davenport
Ochoco International LLC
Oconomowoc Manufacturing Corp.
ODL Inc.
Olon Industries Inc.
Ontario Minister of Finance (Canada)
Ontario, City of (CA)
Pacific Pine Products
Pacific Power
Pak West Paper & Packaging
Pamex Inc.
Penrod Co., The
Penske Truck Leasing Co. LP
Phifer Inc.
Phillips, Darrell C.
Pilkington North America Inc.
Plastech Corp.
Pleasant Trucking Inc.
Popoca, Bernardino
Portes Patio Resiver

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

PPG Industries Inc.
Premdor Corp.
Premier Profile Laminations
Prologis Ind Properties LLC
Prologis Third US Properties
Protecto Wrap
R. Lang Co.
Rainbow Precision Inc.
Receiver General
Restoration Window & Door LLC
Richard, Keith
Ritescreen Co. Inc.
Rollease Inc.
Royal Crown Ltd.
Royal Plastics Inc.
Royal Window & Door Profiles
Rush Services Inc.
Saflok
Saia Motor Freight Inc.
Saint-Gobain Technical Fabrics
San Bernardino County Treasurer (CA)
Sanchez, Walter E.
Scheffler, Cova M.
Schlage Lock
Schlegel Systems Inc.
Screenco Manufacturing Ltd.
Service Tech Hurricane Protection Corp.
Shapes Unlimited
Shield Technology Group Inc.
Sierra Aluminum Co.
Southern California Edison
Southgrove Associates
Southwest Glass Products Inc.
Southwold, Township of (ON)
Spectra Gases
Speedway Commerce Center
Steelcraft
Steelscape Inc.
Strike First Corp.
Sturtz Machinery Inc.
Sumner Tool & Die
Superior Building Products
T&B Mobile Homes Parts & Services

Telepacific Communications
Terrell, Eric
Tire & Wheel Connection
Titon Inc.
TJ Assembly
TLC Mouldings Inc.
Top Line Staffing Inc.
Trafford Commerce Center Inc.
Tree Street LLC
Tremco
Tropical Storm Protection
Truseal Technologies Inc.
Truth Hardware
Urban Machinery Corp.
Veka Inc.
Venture Tape Corp.
Vision Industries Group Inc.
Vitro America Inc.
Washington, State Of
Welsh Forest Products
Windows America Of Colorado Inc.
Wondrack
Woodgrain Millwork
Workplace Safety & Insurance Board
Xcel Energy
Yanez, Luis Alberto Reyes

**United States Trustee, Judges and Key Staff Members ( District Of Delaware)**
Buchbinder, David
Carey, Kevin J
Fitzgerald, Judith L
Giordano, Diane
Gross, Kevin
Hanington, William K.
Heck, Jeffrey
Kermey, Mark
Klaudner, David
Leamy, Jane
McMahon, Joseph
O'Malley, James K
Panacio, Michael
Schepacarter, Richard
Shannon, Brendan L.

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current Relationships

Sontchi, Christopher S.
Yara, Andrew R.
Walrath, Mary F.
Walsh, Peter J.
West, Michael

**Other Significant Parties-in-Interest (as known)**
Foley & Lardner LLP
Maslon Edelman Broman & Brand LLP
Willkie Farr & Gallagher LLP
Golden Gate Capital

# EXHIBIT B

## Parties-in-Interest Noted for Court Disclosure

**Relationships in Matters Related to These Proceedings**

None

**Debtors' Attorneys**
Kirkland & Ellis LLP
Klehr, Harrison, Harvey, Branzburg & Ellers LLP

**Debtors' Financial Advisors**
Deloitte & Touche
Moelis & Company

**Professionals**
Wells Fargo Insurance Services Inc.
Zurich Services Corp.

**Beneficiary of Letter of Credit**
Royal Bank of Canada
Zurich American Insurance Co.

**Bondholders**
Arizona, State of
California, State of
Maricopa County (AZ)
Nevada, State of

**Indenture Trustees**
CIT Capital Securities Inc.
GE Business Financial Services Inc.
GE Capital Markets Inc.
Merrill Lynch Capital
US Bank NA

**Landlords**
Liberty Property LP
ProLogis

**Lenders / Lienholders**
Barclays
CIT Lending Services Corp.
Continental Casualty Co.
GE Asset Management

General Electric Capital Corp.
Goldman Sachs & Co.
Goldman Sachs Asset Management
Merrill Lynch Credit Products LLC
PPM America Inc.
UBS AG Loan Finance LLC
UBS AG Stamford Branch

**Lenders / Lienholders**
ABN AMRO
General Electric Capital Corp.
Merrill Lynch Bank (USA)
Wachovia Bank

**Significant Customers**
Apex
Beazer Homes
Hardin Construction
Home Depot, The
Lowes
Meritage
Richmond American
Ryland Homes

**Unsecured Creditors**
AT&T Capital Services Inc.
Banc of America Leasing & Capital LLC
CIT Communications Finance Corp.
De Lage Landen Financial Services Inc.
GE Business Financial Services Inc.
GE Capital Commercial
General Electric Capital Corp.
Merrill Lynch Business Financial Services Inc.
Merrill Lynch Capital
Zurich US (Casualty)

**Official Creditor's Committee**
US Bank NA
Wells Fargo Insurance Services Inc.

# EXHIBIT B

## Parties-in-Interest Noted for Court Disclosure

**Vendors**
Aetna
American Express
AT&T
AT&T Yellow Pages
Compass Bank
FPL
Guardian Industries Corp.
Janpak
Joseph T Ryerson & Son Inc.
Penske Truck Leasing Co. LP
PPG Industries Inc.
Southern California Edison
Washington, State Of
Workplace Safety & Insurance Board

**Other Significant Parties-in-Interest (as known)**
Foley & Lardner LLP
Willkie Farr & Gallagher LLP
Golden Gate Capital