# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ATRIUM CORPORATION, *et al.*, | ) ) ) | Case No. 10-10150 (BLS) |
| Debtors. | ) ) ) ) | Jointly Administered |
|  | ) | **Related to Docket No. 608** |

## NOTICE OF THE (A) ENTRY OF ORDER CONFIRMING THE SECOND MODIFIED JOINT PLAN OF REORGANIZATION OF ATRIUM CORPORATION AND ITS AFFILIATED DEBTORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE; (B) EFFECTIVE DATE UNDER THE PLAN; (C) ADMINISTRATIVE CLAIM BAR DATE; AND (D) DEADLINE FOR PROFESSIONALS TO FILE FINAL FEE APPLICATIONS

**TO CREDITORS, EQUITY INTEREST HOLDERS AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on April 28, 2010, the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***") entered the *Findings of Fact, Conclusions of Law and Order Confirming the Second Modified Joint Plan of Reorganization of Atrium Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 608] (the "***Confirmation Order***"). Among other things, the Confirmation Order confirmed the *Debtors' Second Modified Joint Plan of Reorganization of Atrium Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*, dated April 26, 2010 [Docket No. 587] (as amended, supplemented, or modified from time to time, the "***Plan***")[1] as satisfying the requirements of the Bankruptcy Code, thereby authorizing Atrium Corporation and its debtor affiliates (collectively, the "***Debtors***")[2] to implement the New Value Alternative, as defined in the Plan.

---

[1] Capitalized terms used but not otherwise not defined herein shall have the meanings set forth in the Plan or the Confirmation Order, as applicable.

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Atrium Corporation (4598); ACIH, Inc. (7822); Aluminum Screen Manufacturers, Inc. (6750); Atrium Companies, Inc. (2488); Atrium Door and Window Company – West Coast (2008); Atrium Door and Window Company of Arizona (2044); Atrium Door and Window Company of the Northeast (5384); Atrium Door and Window Company of the Northwest (3049); Atrium Door and Window Company of the Rockies (2007); Atrium Enterprises Inc. (6531); Atrium Extrusion Systems, Inc. (5765); Atrium Florida, Inc. (4562); Atrium Vinyl, Inc. (0120); Atrium Windows and Doors of Ontario, Inc. (0609); Champion Window, Inc. (1143); North Star Manufacturing (London) Ltd. (6148); R.G. Darby Company, Inc. (1046); Superior

(Continued…)

**PLEASE TAKE FURTHER NOTICE** that on April 30, 2010, the Effective Date under the Plan occurred and the transactions contemplated under the New Value Alternative were effectuated.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order and the Plan are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801. The Confirmation Order is also available on the internet site of the Debtors' notice and claims agent, Garden City Group, Inc. at http://www.atriumrestructuring.com or by accessing the Bankruptcy Court's website http://www.deb.uscourts.gov. Please note that a PACER password and login are required to access documents on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Confirmation Order, all requests for payment of an Administrative Claim must be filed with the Bankruptcy Court and served upon the Reorganized Debtors on or before May 30, 2010, which is the date that is 30 days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, except as provided in the Confirmation Order and the Plan, all final requests for payment of Fee Claims incurred in connection with services rendered before the Confirmation Date, must be filed with the Bankruptcy Court and served on the Reorganized Debtors no later than May 20, 2010, which is the date that is 20 days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order, the Plan and its provisions are binding on the Debtors, the Reorganized Debtors, any Holder of a Claim or Interest, and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

---

Engineered Products Corporation (4609); Thermal Industries, Inc. (3452); and Total Trim, Inc. (8042). The Debtors' main corporate address is 3890 W. Northwest Highway, Suite 500, Dallas, Texas 75220.

K&E 16768836.2

PHIL1 952694-1

| Dated: April 30, 2010 | */s/ Michael W. Yurkewicz* |
| --- | --- |
| Wilmington, DE | Domenic E. Pacitti (Bar No. 3989) |
| | Michael W. Yurkewicz (Bar No. 4165) |
| | KLEHR HARRISON HARVEY BRANZBURG LLP |
| | 919 Market Street, Suite 1000 |
| | Wilmington, DE 19801-3062 |
| | Telephone: (302) 426-1189 |
| | Facsimile: (302) 426-9193 |
| | |
| | - and - |
| | |
| | Richard M. Cieri (admitted *pro hac vice*) |
| | Joshua A. Sussberg (admitted *pro hac vice*) |
| | Brian E. Schartz (admitted *pro hac vice*) |
| | KIRKLAND & ELLIS LLP |
| | 601 Lexington Avenue |
| | New York, NY 10022-4611 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |

3

K&E 16768836.2

PHIL1 952694-1