

# Holly Springs eye Associates, OD/PC

**Primary Eye Care**
Adult Eye Examinations
General & Specialty Contact Lenses
Evalutaion & Treatment of Eye Diseases
Pediatric Eye Examinations
Low Vision Examination
Optical Services

# Dr. Phillip M. Vito & Associates

**Co-managed Surgical Care**
Laser Vision Correction (Refractive Surgery)
No Stitch/Laser Cataract Surgery
Diabetic Retinopathy
Glaucoma Surgery
Plastic/Reconstructive Lid Surgery
Strabismus Surgery (Align Crossed Eyes)

18 August 2010

United States Bankruptcy Court of Delaware
Clerks Office Case #09-10998 (BLS)
824 No. Market St.
3rd Floor
Wilmington, DE  19801

Re: MMC Precision Holdings Corp., etal., Debtors
    (Morton Metalcraft Co. of North Carolina)

We have been advised by Barnes & Thornburg LLP (Deborah L. Thorne ARDC #6186482) to write this letter to review a claim we submitted to Morton Metalcraft of North Carolina dated 06/27/2009, Frank Donaie, $90.00 for frame and lenses.  I was informed by Deborah Thorne, that we cannot acknowledge a claim dated 01/16/2009 for $100.00 because the filing dates are from 03/22/2009-09/27/2010 & that plan has run out of money.  We never received any correspondence to that affect.  Everything received up until this recent First Amended Plan of Liquidation dated 08/02/10 was including our (2) claims.

We first learned of the bankruptcy situation from Human Relations at Morton July 2009, & were advised to forward any claims to them for reimbursement ASAP.  Since we only had (2) claims outstanding, we were told it would not be a problem.  We did as instructed.

In July 2009, we received our first bankruptcy notice from Kurtman Carson Consultants, in California.  We submitted the claims to them & received Proof of Claim Confirmations (attached).  We placed numerous calls for status updates on claims & were told in February 2010 to contact Paul Hastings, Esq. in Chicago, they were handling the situation.  Numerous calls to them led to receiving a Ballot for Accepting or Rejecting the Joint Plan of Liquidation (attached) in July 2010 from Womble Carlyle Sandridge & Rice, PPLC in Delaware.  Also in July 2010, we received the Final Approval of Reorganization & Opportunity to Object.  August 2010 we received a notice from Barnes & Thornburg LLC in Illinois to submit a Administrative Claim for outstanding claims, which led to my call to Deborah Thorne.

**Holly Springs Crossing
608 Holly Springs Road
Holly Springs, NC 27540
(919) 577-EYES (3937)**

-1-

(MMC Precision Holdings Bankruptcy)

-2-

Attached please find our claim for 06/27/09 for $90 for Frank Donaie (HCFA & Statement of Charges), Proof of Claim Confirmations, & the Ballot for Joint Liquididatin Plan.

We can be reached @ 919-577-3937 EST if any further information is needed.

Thanking you for your time.

Holly Springs Eye Associates

Dr. Phillip Vito

# 1500

## HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

MORTON METAL CRAFT OF NORTH CAROLINA
2080 EAST WILLLIAMS STREET
APEX NC 27502

[X] PICA | PICA

1. MEDICARE / MEDICAID / TRICARE CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / [X] OTHER (ID)
1a. INSURED'S I.D. NUMBER (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): DONATE FRANK
3. PATIENT'S BIRTH DATE: 10 04 1965  SEX: [X] M  F
4. INSURED'S NAME (Last Name, First Name, Middle Initial): SAME

5. PATIENT'S ADDRESS (No., Street): 8021 CALIBER WOODS DRIVE
6. PATIENT RELATIONSHIP TO INSURED: Self  Spouse  Child  Other [X]
7. INSURED'S ADDRESS (No., Street): SAME

CITY: RALEIGH    STATE: NC
8. PATIENT STATUS: Single  Married [X]  Other
CITY:     STATE:

ZIP CODE: 27616    TELEPHONE: (919) 696 1188
Employed [X]  Full-Time Student  Part-Time Student
ZIP CODE:    TELEPHONE: ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial):
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER:

a. OTHER INSURED'S POLICY OR GROUP NUMBER:
a. EMPLOYMENT? (Current or Previous): YES  NO [X]
a. INSURED'S DATE OF BIRTH MM DD YY  SEX M  F

b. OTHER INSURED'S DATE OF BIRTH  SEX M F
b. AUTO ACCIDENT? YES  NO [X]  PLACE (State)
b. EMPLOYER'S NAME OR SCHOOL NAME: MORTON METAL CRAFT

c. EMPLOYER'S NAME OR SCHOOL NAME:
c. OTHER ACCIDENT? YES  NO [X]
c. INSURANCE PLAN NAME OR PROGRAM NAME:

d. INSURANCE PLAN NAME OR PROGRAM NAME:
10d. RESERVED FOR LOCAL USE:
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES  NO  If yes, return to and complete item 9 a-d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE  DATE: 06132009
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY: 06 27 09
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE:
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: Phillip Vito, OD
17a.  
17b. NPI: 1104826528
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM  TO

19. RESERVED FOR LOCAL USE:
20. OUTSIDE LAB? YES  NO [X]  $ CHARGES: 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 367 1    3.
2.          4.
22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06 27 09 | 06 27 09 | 11 | V2111 | | 1 | 51 00 | 1 | | NPI | 1104826528 |
| 2 | 06 27 09 | 06 27 09 | 11 | V2020 | | 1 | 39 00 | 1 | | NPI | 1104826528 |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 562100041  SSN  EIN [X]
26. PATIENT'S ACCOUNT NO.: 12720
27. ACCEPT ASSIGNMENT? YES [X]  NO
28. TOTAL CHARGE: $ 90 00
29. AMOUNT PAID: $ 0 00
30. BALANCE DUE: $ 90 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS:
DR PHILLIP M VITO
07112009

32. SERVICE FACILITY LOCATION INFORMATION:
HOLLY SPRINGS EYE ASSOCIATES
HOLLY SPRINGS CROSSING
HOLLY SPRINGS NC 27540
1104826528

33. BILLING PROVIDER INFO & PH # (919) 577 3937
HOLLY SPRINGS EYE ASSOCIATES
HOLLY SPRINGS CROSSING 608 HOLLY SPRINGS ROA
HOLLY SPRINGS NC 27540
1104826528   G2562100041

NUCC Instruction Manual available at: www.nucc.org
APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

Holly Springs Eye Associates
Holly Springs Crossing
608 Holly Springs Road
Holly Springs, NC  27540

# Statement of Charges and Payments

| | |
|---|---|
| Fee Slip Number: | 40742 |
| Date Printed: | 08/18/2010 |
| Provider: | Dr. Phillip M. Vito |
| Office Phone: | 919-577-3937 |
| License: | NC 1652 |
| Tax ID: | 562100041 |
| TPA Number: | MV0277663 |

**To:** Frank Donaie
8021 Caliber Woods Drive
Raleigh, NC  27616

**Patient:** Frank Donaie
**Next Appt:**

| Service Date | Qty | Description | CPT | Diagnosis | Amount | Patient Balance |
|---|---|---|---|---|---|---|
| 06/27/2009 | 1 | Polycarbonate SV lens add | V2784 | 367.1 | 50.00 | |
| | | Package pricing | | | (50.00) | |
| | 1 | Lenses-Single Vision-Poly | V2111 | 367.1 | 51.00 | |
| | | Billed to Insurance Morton Metal Craft of North Carolina | | | (51.00) | |
| 06/27/2009 | 1 | Frame-- Metal | V2020 | 367.1 | 39.00 | |
| | | Billed to Insurance Morton Metal Craft of North Carolina | | | (39.00) | |

| | |
|---|---|
| Balance Due | 0.00 |
| Other Open Items | 0.00 |
| **NO PAYMENT NECESSARY** | 0.00 |

NOTE: Billed to Insurance:  $90.00 plus Sales Tax of 0.00 = $90.00
Thank you for your confidence and trust.

---

| Total Due | 0.00 | Patient # | 12720 | Statement Date | 08/18/2010 |
|---|---|---|---|---|---|
| Amount Enclosed | | Check # | | Patient | Frank Donaie |

Holly Springs Eye Associates
Holly Springs Crossing
608 Holly Springs Road
Holly Springs, NC  27540

Frank Donaie
8021 Caliber Woods Drive
Raleigh, NC  27616

Morton Industrial, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA  90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

HOLLY SPRING EYE ASSOCIATES
HOLLY SPRING CROSSING
608 HOLLY SPRINGS
HOLLY SPRINGS, NC 27540

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against **Morton Metalcraft Co. of North Carolina, 09-11003**/4/2009 was received on **8/4/2009** and assigned claim number **220**

For more information, please visit **www.kccllc.net/ MortonIndustrial** or ca 381-9100

B 10 (Modified Form 10) (07/09)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | PROOF OF CLAIM

Indicate the Debtor against which you assert a claim by checking the appropriate box below. (**Check only one Debtor per claim form.**)

- ☐ MMC Precision Holdings Corp. – (Case No. 09-10998)
- ☐ Morton Industrial Group, Inc. – (Case No. 09-10999)
- ☐ Morton Metalcraft Co. – (Case No. 09-11000)
- ☐ B & W Metal Fabricators, Inc. – (Case No. 09-11001)
- ☐ Morton Technical Services, Inc. – (Case No. 09-11002)
- ☑ Morton Metalcraft Co. of North Carolina – (Case No. 09-11003)
- ☐ Morton Metalcraft Co. of Pennsylvania – (Case No. 09-11004)
- ☐ Morton Metalcraft Co. of South Carolina – (Case No. 09-11005)

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
HOLLY SPRING EYE ASSOCIATES

**Name and address where notices should be sent:** Name ID: 5971557   Pack No. 3507

HOLLY SPRING EYE ASSOCIATES
HOLLY SPRING CROSSING
608 HOLLY SPRINGS
HOLLY SPRINGS, NC 27540

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

**Name and address where payment should be sent (if different from above):**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 90.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete item 5.
If all or part of your claim is entitled to administrative priority under 11 U.S.C. § 503(b)(9), complete item 6.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Frame + Lenses
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 8177
   3a. Debtor may have scheduled account as: _____ (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:
Value of Property: $_____   Annual Interest Rate ____ %
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____   Basis for perfection: _____
Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

6. **Amount of Claim that qualifies as an administrative expense under 11 U.S.C. §503(b)(9)** $_____
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date:
Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Only **original** proofs of claim will be deemed acceptable for purposes of claims administration.

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

RE: F. DUNIE



**PART I. ITEMS ON THE BALLOT**

**Item 1. Amount of Class 1, First Lien Loan Claims.**

The undersigned certifies that as of the Voting Deadline, _____ the undersigned was the holder of a Class _____ Claim in the amount of

$ _____

**Item 2. Amount of Class 3, General Unsecured Claims under the Plan.**

The undersigned certifies that as of the Voting Deadline, _____ the undersigned was the holder of a Class _____ Claim in the amount of

$ _____

**Item 3. Claim Vote.**

**THE CREDITORS' COMMITTEE RECOMMENDS THAT YOU VOTE TO ACCEPT THE PLAN.**

The undersigned, the holder of the Class 1, First Lien Loan Claims or Class 3, General Unsecured Claims set forth in Item 1 or Item 2, votes to (please check one):

☒ **ACCEPT** (vote FOR) the Plan

☐ **REJECT** (vote AGAINST) the Plan

**Item 4. Election to Contribute Third Party Claims to Liquidating Trust.**

"Third Party Claims" are non-estate causes of action arising from any matter involving the Debtors. Third Party Claims include, without limitation, causes of action against: (i) all current and former officers, directors or employees of the Debtors; (ii) all persons or entities that consummated transactions with the Debtors; and (iii) all persons or entities that provided services to the Debtors, including, without limitation, all attorneys, accountants, financial advisors and parties providing services to the Debtors in connection with the 2006 LBO, including, without limitation, all underwriters.

Holders of Class 3 General Unsecured Claims that contribute their Third Party Claims to the Trust will only receive their pro rata share of the proceeds of the Trust, provided, however, that consistent with the Trust Agreement, **EACH HOLDER OF A CLASS 3 GENERAL UNSECURED CLAIM WHO CHECKS THE BOX BELOW WILL BE DEEMED TO HAVE AGREED TO CONTRIBUTE ITS THIRD PARTY CLAIMS TO THE TRUST.** Holders of Class 3 General Unsecured Claims who do not elect to contribute their Third Party Claims to the Trust will not receive their pro rata distribution of any proceeds from the LBO Litigation or Trust but will receive their pro rata distribution of any proceeds from the LBO Litigation or otherwise.

The Holder of the Class 3 General Unsecured Claim set forth in Item 2:

☐ **ELECTS** (i) to contribute its Third Party Claims to the Trust



Name of Creditor: Holly Sprague & Associates — Dr. Phillip Vito

Signature: [signature]

By (If Not Above): 

Title (If Appropriate): 

Social Security or Federal Tax ID No. (Optional): 

Date Completed: 7/10/2000

Telephone Number: 

Street Address: 6258 Holly Springs Road

City, State, and Zip Code: Holly Springs, NC 27540

☐ Please check here if the above address is a change of address that you would like reflected in the master mailing list for the Chapter 11 Cases.